IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROHAN BROOKS                                                    PLAINTIFF

v.                              No. 4:24-cv-218-DPM

BRANDON BOYD and ONE GONE
TRANSPORT LLC                                                  DEFENDANTS

ROGER WAYNE WILLIAMS                                    PLAINTIFF

v.                              No. 4:25-cv-163-DPM

BRANDON DEJEAN BOYD and TIME
DISPATCH SERVICES AGENT GROUP,
INC.                                                          DEFENDANTS

### ORDER

Updated status report, *Doc. 29*, appreciated.  Williams and the defendants have settled.  Congratulations.  Motion for summary judgment, *Doc. 17*, denied as moot.  Williams's complaint will be dismissed with prejudice.  The two cases are de-consolidated. Judgment in *Williams v. Boyd*, No. 4:25-cv-163-DPM will issue.  Fed. R. Civ. 54(b).  The Court refers *Brooks v. Boyd*, No. 4:24-cv-218-DPM, to Magistrate Judge Edie R. Ervin to conduct a settlement conference.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2026