# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROGER WAYNE WILLIAMS                              PLAINTIFF

v.                          No. 4:25-cv-163-DPM

BRANDON DEJEAN BOYD and TIME
DISPATCH SERVICES AGENT GROUP,
INC.                                              DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 July 2026 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2026